JUDGE JONES

Cardillo & Corbett
Attorneys for Plaintiff
Thoresen Shipping Singapore Pte. Ltd.
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212

**07 CIV 8025**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

THORESEN SHIPPING SINGAPORE PTE. LTD.,    :

                         Plaintiff,    :     **ECF**
                                            **RULE 7.1 STATEMENT**

              -against-    :

STEVEN, STEPHAN & TONNY INTERNATIONAL    :
TRADING PTY LTD. and HORNOR RESOURCES
INTERNATIONAL CO. LTD.,    :

                      Defendants.    :

------------------------------------------x

        Pursuant to Federal Rule of Civil Procedure 7.1

[formerly Local General Rule 1.9] and to enable District Judges

and Magistrate Judges of the Court to evaluate possible

disqualification or recusal, the undersigned counsel for

plaintiff, THORESEN SHIPPING SINGAPORE PTE. LTD. (a private non-

governmental party), certifies that there are no corporate

parents, affiliates and/or subsidiaries of said party which are

publicly held.

Dated:    New York, New York
           September 13, 2007

                    CARDILLO & CORBETT
                    Attorneys for Plaintiff
                    THORESEN SHIPPING SINGAPORE PTE. LTD.

           By: _____
                 Francis H. McNamara (FM 4649)