Sureis,

Cardillo & Corbett
Attorneys for Plaintiff
Thoresen Shipping Singapore Pte. Ltd.
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
THORESEN SHIPPING SINGAPORE PTE. LTD., :
: ECF
Plaintiff, : **ORDER FOR PROCESS**
: **OF MARITIME ATTACHMENT**
-against- : 07 Civ. 8025 (BSJ)
:
STEVEN, STEPHAN & TONNY INTERNATIONAL :
TRADING PTY LTD. and HORNOR RESOURCES
INTERNATIONAL CO. LTD., :
:
Defendants. :
------------------------------------x

**WHEREAS,** on September 13, 2007, Plaintiff, THORESEN SHIPPING SINGAPORE PTE. LTD., filed a Verified Complaint herein for damages amounting to $208,193.86 inclusive of interest and foreign arbitration and praying for the issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules and Civil Procedure; and

**WHEREAS,** the Process of Maritime Attachment and Garnishment would command that the United States Marshal or other designated process server attach any and all of the Defendants' property within the District of this Court; and

**WHEREAS,** the Court has reviewed the Verified Complaint and the Supporting Affidavit, and the conditions of Supplemental

Rule B appearing to exist, it is hereby

**ORDERED**, that Process of Maritime Attachment and Garnishment shall issue against all tangible or intangible property belonging to, claimed by or being held for the Defendants by any garnishees within this District, including but not limited to, ABN Amro Bank NV, American Express Bank, Bank of America, Bank of Communications Co. Ltd. New York Branch, Bank of New York, Barclays Bank, BNP Paribas, Citibank, Deutsche Bank, HSBC (USA) Bank, J.P. Morgan Chase, Standard Chartered Bank, UBS AG and/or Wachovia Bank, in an amount up to and including $208,193.86, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and it is further

**ORDERED** that any person claiming an interest in the property attached or garnished pursuant to said order shall, upon application to the Court, be entitled to a prompt hearing at which the Plaintiff shall be required to show cause why the attachment and garnishment should not be vacated or other relief granted; and it is further

**ORDERED** that supplemental process enforcing the Court's Order may be issued by the Clerk upon application without further Order of the Court; and it is further

**ORDERED** that following initial service by the United States Marshal or other designated process server upon each

garnishee, that supplemental service of the Process of Maritime Attachment and Garnishment, as well as this Order, may be made by way of facsimile or other electronic transmission to each garnishee provided the garnishee agrees to accept service in such manner; and it is further

**ORDERED** that service on any garnishee as described above is deemed effective continuous service throughout the day from the time of such service through the opening of the garnishee's business the next business day provided the garnishee agrees to same; and it is further

**ORDERED** that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) each garnishee may consent, in writing, to accept service by any other means; and it is further

**ORDERED** that a copy of this Order be attached to and served with said Process of Maritime Attachment and Garnishment.

Dated: New York, New York
    September 13, 2007

SO ORDERED:

*Barbara S. Jones*
U.S.D.J.

A CERTIFIED COPY
J. MICHAEL McMAHON,        CLERK

BY _____
        DEPUTY CLERK

3