------------------------------------------------------------X

**07 CV 8025 ECF**

Thoresen Shipping Singapore Pte. Ltd. V
Steven, Stephan & Tonny Int'l Trading Pty
Ltd., et al.

USDC SDNY
DOCUMENT
ELEC...

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 8025 (BSJ)(THK)

------------------------------------------------------------X

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| X | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* | ___ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | | | Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ | Habeas Corpus |
| | | ___ | Social Security |
| ___ | Settlement* | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ | Inquest After Default/Damages Hearing | | Particular Motion:_____ |
| | | | All such motions: ___ |

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
         11/20/07

/s/ Barbara S. Jones
United States District Judge