UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
THORESEN SHIPPING SINGAPORE PTE. LTD.

      Plaintiff,   :

  -against-       :

Steven, Stephan & Tonny INTERNATIONAL
TRADING PTY. LTD. and HORNOR   :
RESOURCES INTERNATIONAL CO. LTD.
             :

      Defendants.  :
------------------------------------x

07 Civ. 8025 (BSJ)

**ORDER OF**

**DISMISSAL ON CONSENT**

    Upon the declaration of Francis H. McNamara, the attorney for Plaintiff Thoresen Shipping Singapore Pte. Ltd., dated December 14, 2007, confirming that Plaintiff and Defendants have settled all of the disputes which are the subject of this case, and that all parties hereto consent to the dismissal of this case on the terms stated in the said declaration, it is hereby ORDERED that:

    1. The order of attachment dated September 13, 2007, pursuant to which $208,193.86 belonging to Defendant Hornor Resources International Co. Ltd. is being held under attachment at HSBC Bank USA N.A. ("the Bank"), is vacated;

    2. The amount of $95,000 shall be released immediately from the attached funds and transferred to the Plaintiff, in accordance with written instructions to be given to the Bank by Plaintiff's attorneys, Cardillo & Corbett;

    3. The remaining $113,193.86 of the attached funds

shall be released immediately and transferred to the Defendant Hornor Resources International Co. Ltd., in accordance with written instructions to be given to the Bank by Plaintiff's's attorneys, Cardillo & Corbett.

4. The Plaintiff is ordered to withdraw, without costs, the arbitration said to have been commenced in Singapore by the Plaintiff against the defendants relating to the claims stated in the verified complaint filed in this action.

5. This case is hereby dismissed with prejudice and without costs.

**SO ORDERED**

*[signature]*
United States District Judge

Dated: January 4, 2008 ~~December~~ ~~2007~~

2